USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

**MEMO ENDORSED**

### David J. Rodkin, Esq.
*Attorney At Law*
401 Broadway, Suite 705
New York, NY 10013
Tel: 212-941-1022
Fax: 212-941-1188

May 13, 2008

Chamber of Hon. R. Berman
U.S. District Court for the Southern District
500 Pearl Street
New York, NY 10017
Fax: 212-805-6717
Attn.: Mr. Josh Rosenthal

Re:   Mohd Salim Chow v. Mukasey      08cv03185

Dear Judge Berman:

It came to my attention that I have not served properly the parties in the case of Mohd Salim Chow v. Mukasey 08cv03185. A pre-argument conference is scheduled for May 14, 2008 at 9:00a.m. Can I have an adjournment?

Thank you.

Very truly yours,

David J. Rodkin, Esq.

---

Sure. Adjourned to 5/22/08 @ 9:15 A.M.

SO ORDERED:
Date: 5/13/08

Richard M. Berman, U.S.D.J.