AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CHOW, MOHD. SALIM
CIS FILE #: A93-303-738

**SUMMONS IN A CIVIL ACTION**

V.

Michael B. Mukasey, Atty. Gen. U.S. D.O.J.
Andrea Quarantillo, USCIS, NY Dist. Director

CASE NUMBER: 08-CV-03185

TO: (Name and address of Defendant)

Mr. Michael B. Mukasey, Atty. Gen. U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Plaintiff's Attorney: David J. Rodkin, Esq.
401 Broadway Suite 705
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL McMAHON

(By) DEPUTY CLERK

DATE

⚘AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)*<br>DAVID J. RODKIN, ESQ. | TITLE<br>ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Summons & Complaint mailed to: Mr. Michael B. Mukasey, Atty. Gen., U.S. Dept. of Justice,
    950 Pennsylvania Ave., NW, Washington, D.C. 20530 on 5/16/2008 by Certified Mail R/R/R.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     5/16/2008        *[signature]*
                   Date                  *Signature of Server*

                          401 Broadway Suite 705, NYC., NY 10013
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.