UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Chow, Mohd. Salim       Plaintiff(s),

-v-

Mukasey, Atty Gen.,
Andrea J. Quarantillo
NY Dist. Director, USCIS       Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

**08** CV. **03185** (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)  Joinder of additional parties by __N/A__

(ii) Amend the pleadings by __N/A__

(iii) All discovery to be **expeditiously** completed by __No discovery necessary__

(iv) Consent to Proceed before Magistrate Judge __Yes__

(v) Status of settlement discussions __Pending 6/30/08 @ 9:00 A.M.__

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions __Answer/ 6/30/08__

(vii) Oral Argument __N/A__

(viii) Joint Pre-Trial Order to be submitted by __N/A__

(ix) Final Pre-Trial Conference __N/A__

(x) Trial __N/A__

(xi) Other __N/A__

**SO ORDERED:** New York, New York
     5/22/08

_RMB_
Hon. Richard M. Berman, U.S.D.J.