UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHOW,

                          Plaintiff,                  08 Civ. 3185 (RMB)

      -against-                              **ORDER OF DISCONTINUANCE**

MUKASEY, et al.,

                        Defendants.
------------------------------------------------------------X

      Based upon Plaintiff's letter, dated June 30, 2008, "voluntarily withdraw[ing] this lawsuit," it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
          July 2, 2008

                                                    **Richard M. Berman, U.S.D.J.**